Charles M. Sabo 006200
Charles M. Sabo, P.C.
4700 S. Mill Avenue, Ste. 7
Tempe, Arizona 85282
Telephone: (480) 820-5931
Fax: (480) 820-8099
e-mail: charlessabopc@earthlink.net
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>THOMAS L. YOXALL<br><br><br>Debtor. | No. 2:11-bk-24450-BKM<br>Chapter 13 Bankruptcy<br><br>MOTION TO MODIFY CHAPTER 13<br>PLAN AFTER CONFIRMATION<br>AND APPLICATION FOR PAYMENT<br>OF ADMINISTRATIVE EXPENSE |

   COME NOW the above-captioned Debtor, by and through counsel undersigned, and hereby move this Honorable Court, pursuant to 11 USC §1329, for modification of Debtor's Chapter 13 Plan after confirmation and represents as follows:

   1. Debtor's Chapter 13 Plan was confirmed on March 13, 2012.

   2. Pursuant to the Stipulated Order Confirming Chapter 13 Plan, Debtor was required to turnover to Trustee net income tax refunds for 2011, 2012 and 2013 to be applied as advance plan payments with the duration not less then 36 months. Debtor received net tax refunds of $3,917.00 of which $780.00 was applied as advance plan payments. Debtor seeks to waive the requirement to turnover the remaining balance of $3,137.00 to the trustee for the reason and upon the grounds that the tax refunds were not disposable income but were required for necessary monthly expenses minimal income, resulting in earned income credit based upon Debtor's dependant daughter.

   3. Debtor moves that his plan as modified provide for the following plan payment schedule:

   Months 1 to 12 (9/24/2011 to 8/24/2012)  $235.00

   Months 13 to 39 (9/24/2012 to 11/24/2014) $260.00

| | | |
|---|---|---|
| 1 | Months 40 to 42 (12/24/2014 to 2/24/2014) | $0.00 |
| 2 | Months 40 to 41 (3/24/2014 to 4/24/2014) | $200.00 |

Any plan payments which are past due prior to March 24, 2015, will be waived. This modification in the payment amount and number of months for which payments are to be made will not modify the rights of any secured or unsecured creditor pursuant to the Plan as originally confirmed other than as specifically set forth herein.

4. Debtor moves to pay his attorney the sum of $650.00 as a flat fee as and for attorney fees for the instant motion for modification of chapter 13 plan. Said payment shall be made by the trustee as an administrative expense prior to payment of any other claims in Debtor's Plan as originally confirmed or as modified herein. The services rendered and to be rendered for this flat fee include all in office consultations and telephone conversations held and to be held with client with regard to this modification, verification with the trustee of amounts paid and status of Debtor's Chapter 13 case, preparation and filing of this motion, appearance in court for any necessary hearings to confirm Debtor's modified plan, mailing to all parties in interest of the hearing and motion, preparation and lodging of an order confirming Debtor's modified plan and all necessary contacts with creditors affected hereby.

WHEREFORE, Debtor's respectfully request that his Chapter 13 Plan originally confirmed on March 13, 2012 be modified as set forth above.

RESPECTFULLY SUBMITTED this 18th day of March, 2015.

CHARLES M. SABO, P.C.

By /s/CMS ABN 006200
Charles M. Sabo
4700 South Mill Avenue, Ste. 7
Tempe, Arizona 85282
Attorney for Debtors

I, the undersigned Debtor, hereby approve the foregoing motion for modification of Chapter 13 Plan after Confirmation.

/s/ Thomas Yoxall
Thomas Yoxall

2

Case 2:11-bk-24450-BKM    Doc 37    Filed 03/18/15    Entered 03/18/15 09:13:48    Desc
Main Document    Page 2 of 3

**Payment Summary.**

| | |
|---|---|
| (1) Trustee's compensation (10% of plan payments) | $530.40** |
| (2) Ongoing post-petition mortgage payments | $0.00 |
| (3) Administrative expenses and claims. | $3,929.00 |
| (4) Priority claims | $1,228.00 |
| (5) Prepetition mortgage or lease arrears, or amount to cure defaults, including interest | $0.00 |
| (6) Secured personal property claims, including interest | $4,197.23 |
| (7) Amount to unsecured nonpriority claims. | $355.37 |
| Total of plan payments | $82,485 |

**$357.23 actual trustee fee already disbursed; plus estimated 10% trustee fee on remaining balance of monies to be disbursed $173.17

(L) **Section 1325 Analysis**.

(1) Best Interest of Creditors Test:

| | |
|---|---|
| (a) Value of Debtor's interest in nonexempt property | $0.00 |
| (b) Plus: Value of property recoverable under avoiding powers | $0.00 |
| (c) Less: Estimated Chapter 7 administrative expenses | $250.00 |
| (d) Less: Amount to unsecured priority creditors | $0.00 |
| (e) Equals: Estimated amount payable to unsecured nonpriority claims if Debtor filed Chapter 7 | $0.00 |

Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income.

**(2) Section 1325(b) Analysis**:

| | |
|---|---|
| (a) Monthly disposable income under §1325(b)(2), Form B22C, Statement of Current Monthly Income | $0.00 |
| (b) Applicable commitment period | 60 |
| (c) Section 1325(b)(2) monthly disposable income amount multiplied by 60 | $0.00 |

(M) **Estimated Amount to Unsecured Nonpriority Creditors Under the Plan** — $355.37